UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JIMMIE LEON GORDON,

    Plaintiff,

v.

S. BURT, et al.,

    Defendants.
_____/

Case No. 1:21-cv-415

HON. JANET T. NEFF

## ORDER

On April 24, 2024, the Sixth Circuit vacated the judgment in this case (ECF No. 78). Plaintiff subsequently filed a "Motion Demand Trial by Jury and Recovery for the Cost of this Suit" (ECF No. 80). Defendants filed a response in opposition (ECF No. 81). On June 7, 2024, the Sixth Circuit issued an order staying the mandate to allow Defendants time to file a petition for a writ of certiorari (ECF No. 82). Having reviewed the record, the Court agrees with Defendants that Plaintiff's motion is premature at this time. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion Demand Trial by Jury and Recovery for the Cost of this Suit (ECF No. 80) is DISMISSED.

Dated: June 27, 2024

/s/ Janet T. Neff
JANET T. NEFF
United States District Judge